# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| CODY SCHONES and LEO CALVILLO, On Behalf of Themselves and All Others Similarly Situated, §§§§ | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. 5:16-cv-00483-FB |
| v. § | |
| § | FLSA COLLECTIVE ACTION |
| BIG T ENERGY SERVICES, LLC, and § APACHE CORPORATION, § | JURY TRIAL DEMANDED |
| § | |
| Defendants. § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Cody Schones and Leo Calvillo, on behalf of Opt-in Plaintiffs Robert J. Bravo, Stephen L. Kirchner, Wyatt Kirchner, and Michael Owens, II (together, the "Plaintiffs"), jointly with Defendant Apache Corporation ("Defendant"), respectfully notify the Court that Plaintiffs and Defendant have agreed to resolve all claims asserted by Plaintiffs against Defendant in this lawsuit. Plaintiffs and Defendant are in the process of finalizing the formal settlement documents and expect to file a Motion for Approval of Confidential Settlement Agreement and Dismissal with Prejudice of Plaintiffs' Claims Against Defendant Apache Corporation within four weeks from the filing of this Notice of Settlement.

1

**JOINT NOTICE OF SETTLEMENT**
DAL:968262.1

Dated: January 4, 2018.

Respectfully submitted,

By:  /s/ *Isabel A. Crosby*  
Isabel Andrade Crosby  
State Bar No. 24050226  
isabelcrosby@andrewskurth.com  
M. Todd Mobley  
State Bar No. 24103322  
toddmobley@andrewskurth.com  

**ANDREWS KURTH KENYON LLP**  
1717 Main Street, Suite 3700  
Dallas, Texas 75201  
Telephone: 214-659-4400  
Facsimile: 214-659-4401  

*ATTORNEYS FOR DEFENDANT APACHE CORPORATION*

/s/ *Michael V. Ellis*  
Allen R. Vaught  
TX Bar No. 24004966  
Melinda Arbuckle  
TX Bar No. 24080773  
Michael V. Ellis  
TX Bar No. 24068602  
3102 Oak Lawn Avenue, Suite 1100  
Dallas, Texas 75219  
(214) 521-3605 – Telephone  
(214) 520-1181 – Facsimile  
avaught@baronbudd.com  
marbuckl@baronbudd.com  
mellis@baronbudd.com  

Glenn D. Levy  
Texas Bar No. 12264925  
Law Office of Glenn D. Levy  
906 Basse Road, Suite 100  
San Antonio, Texas 78212  
Telephone: (210) 822-5666  
Facsimile: (210) 822-5650  
glenn@glennlevylaw.com  

*ATTORNEYS FOR PLAINTIFFS*

### CERTIFICATE OF SERVICE

On January 4, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically.

/s/  *Isabel A. Crosby*  
Isabel Andrade Crosby