**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CODY SCHONES and LEO CALVILLO,** | § | |
| **On Behalf of Themselves and All Others** | § | |
| **Similarly Situated,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO. 5:16-cv-00483** |
| **v.** | § | |
| | § | |
| **BIG T ENERGY SERVICES, LLC, and** | § | |
| **APACHE CORPORATION,** | § | |
| | § | |
| **Defendants.** | § | |

**MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND
DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST
<u>DEFENDANT APACHE CORPORATION</u>**

Plaintiffs Cody Schones and Leo Calvillo (the "Plaintiffs") move this Court to dismiss with prejudice their claims against Defendant Apache Corporation ("Defendant Apache"), and would respectfully show the Court as follows:

1.      Plaintiffs, along with Opt-in Plaintiffs Robert J. Bravo, Stephen L. Kirchner, Wyatt Kirchner, and Michael Owens, II (the "Opt-in Plaintiffs"), have reached a confidential agreement with Defendant Apache to resolve all of their claims against Defendant Apache. Plaintiffs and Defendant Apache, through their counsel, are available for a telephone conference at the Court's request to discuss the terms of such agreement if the Court so chooses.

2.      Plaintiffs seek entry of an order, based on such agreement described in paragraph 1 above, dismissing their claims with prejudice as to Defendant Apache only. This Motion does not request dismissal of Plaintiffs claims as to Defendant Big T Energy Services, LLC.

3.      Counsel for Defendant Apache confirmed its lack of opposition to this motion in conversations and communications with the undersigned counsel.

WHEREFORE, Plaintiffs move for entry of an Order Approving Settlement Agreement and Dismissing with Prejudice Plaintiff's Claims Against Defendant Apache Corporation, a form for which is attached hereto.

Respectfully submitted,

By:    s/Melinda Arbuckle
_____
Allen R. Vaught
TX Bar No. 24004966
Melinda Arbuckle
TX Bar No. 24080773
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas  75219
(214) 521-3605 – Telephone (214)
520-1181 – Facsimile
avaught@baronbudd.com
marbuckl@baronbudd.com

Glenn D. Levy
Texas Bar No. 12264925
Law Office of Glenn D. Levy
906 Basse Road, Suite 100
San Antonio, Texas 78212
(210) 822-5666 – Telephone (210)
822-5650 – Facsimile
glenn@glennlevylaw.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendant Apache who is unopposed to the submission of this Motion.

s/Melinda Arbuckle
Melinda Arbuckle

## **CERTIFICATE OF SERVICE**

On February 5, 2018, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Western District of Texas using the CM/ECF method. I hereby certify that I have served all counsel of record electronically.

s/Melinda Arbuckle
Melinda Arbuckle