IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CODY SCHONES and LEO CALVILLO, On Behalf of Themselves and All Others Similarly Situated, <br><br>Plaintiffs, <br><br>V. <br><br>BIG T ENERGY SERVICES, LLC, and APACHE CORPORATION, <br><br>Defendants. | § § § § § § § § § § § § § <br><br>CIVIL ACTION NO. 5:16-cv-00483-FB |

### ATTORNEY FARSHEED FOZOUNI'S
### MOTION TO WITHDRAW AS COUNSEL

Farsheed Fozouni files this Unopposed Motion to Withdraw as counsel for Plaintiffs Cody Schones, Leo Calvillo, and all opt-in Plaintiffs ("Plaintiffs"). Farsheed Fozouni is changing firms effective March 2, 2018 and will no longer represent any Plaintiffs in this matter. Allen R. Vaught and Melinda Arbuckle with Baron & Budd, P.C. will continue to represent the Plaintiffs.

Respectfully submitted,

By: s/Farsheed Fozouni
Allen R. Vaught
State Bar No. 24004966
Melinda Arbuckle
State Bar No. 24080773
Farsheed Fozouni
State Bar No. 24097705
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605 – Telephone
(214) 520-1181 – Facsimile
avaught@baronbudd.com
marbuckl@baronbudd.com
ffozouni@baronbudd.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On March 1, 2018 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all Counsel of record electronically.

s/Farsheed Fozouni
Farsheed Fozouni